JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN COTTON, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF TUSTIN, TUSTIN POLICE DEPARTMENT, OFFICER TIM THAI, and DOES 1–10, inclusive,<br><br>        Defendants. | Case No. 8:25-cv-01574-DOC-KES<br><br>Assigned to Hon. David O. Carter<br><br>**ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF AND REMANDING CASE TO STATE COURT**<br><br>Action Filed:  June 5, 2025 |

1

## <u>ORDER</u>

**THE COURT,** having considered the Parties' Stipulation to Dismiss Certain Claims and Remand the Case to the Orange County Superior Court, and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1.    Plaintiff's First, Second, Fourth, and Fifth Claims for Relief are dismissed with prejudice;

2.    Plaintiff's only remaining claim for relief is Plaintiff's Third Claim for Relief for "Violation of the California Public Records Act";

3.    The case is hereby remanded to the Orange County Superior Court; and

4.    Each side is to bear their own costs and fees as to the dismissal identified in paragraph 1.


**IT IS SO ORDERED.**


Dated: October 7, 2025

**HON. DAVID O. CARTER**
UNITED STATES DISTRICT JUDGE

2